USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gogo Apparel, Inc.,

                    Plaintiff,

-against-

Daruk Imports, Inc. et al.,

                    Defendants.

1:19-cv-05701 (LGS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is a motion filed by Sanjay Chaubey, counsel for Defendants Daruk Imports, Inc. and Vinod Kumar Chawla, to withdraw. (ECF No. 33.) In accordance with the Court's October 22, 2019 Order (ECF No. 34), Defendants filed a response to their counsel's motion. (*See* Response, ECF No. 37.) In the response, Mr. Chawla, on behalf of himself and Daruk Imports (of which he is the principal officer and sole shareholder), stated that he consents to the withdrawal of Mr. Chaubey as counsel. (*Id.* ¶1.) However, Mr. Chawla requested 30 days to seek an attorney on behalf of Daruk Imports, which cannot appear *pro se*. (*Id.* ¶ 8.)

    It is hereby Ordered that Mr. Chaubey's motion to withdraw is GRANTED. Mr. Chaubey is directed to promptly serve a copy of this Order upon Defendants, and file proof of service no later than November 19, 2019. In addition, no later than November 19, 2019, Mr. Chaubey shall file a letter with the Court providing appropriate contact information for Defendants, including the email address referenced in the October 23, 2019 Affirmation of Service. (*See* ECF No. 35.)

    It is further Ordered that this action is stayed for thirty days to give Defendant Daruk Imports time to seek counsel. This Court does not address the various defenses asserted by

Defendants in their motion response, as such defenses are not germane to the instant motion. Those matters may be raised at the appropriate time in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED:       New York, New York
             November 12, 2019

_____
STEWART D. AARON
United States Magistrate Judge