UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gogo Apparel, Inc.,

                      Plaintiff,

-against-

Daruk Imports, Inc. et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

1:19-cv-05701 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On January 28, 2020, the Court Ordered the parties to attend a telephone conference on February 27, 2020. (Order, ECF No. 44.) Defendant Vinod Kumar Chawla failed to appear for the conference despite Plaintiff's attempt to contact Chawla by telephone. At the time of the conference, the Court also attempted to contact Defendant Chawla at the email address listed on the docket, but the email was returned as undeliverable.

As Defendant Chawla has failed to participate in this action and as Plaintiff already has obtained a Certificate of Default against Defendant Daruk Imports, Inc., it is hereby Ordered that Plaintiff shall, in accordance with the default judgment procedure set forth in Judge Schofield's Individual Rules and Procedures for Civil Cases, file its anticipated motion for default judgment no later than March 30, 2020.

The Clerk of Court is direct to mail a copy of this Order to the *pro se* Defendants.

**SO ORDERED.**

DATED:	New York, New York
	February 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge