USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020

# KAKAR, P.C.

Sumeer Kakar, Esq.
Kalpana Nagampalli, Esq.
525 Seventh Avenue
Suite 1811
New York, NY 10018
Phone: 212-704-2014
sk@kakarlaw.net
kalpana@kakarlaw.net

May 26, 2020

**VIA ECF**
Hon. Magistrate Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., 11 C
New York, NY 10007-1312
Email: Aaron_NYSDChambers@nysd.uscourts.gov

Application GRANTED. SO ORDERED.
Dated: May 27, 2020

*/s/ Stewart D. Aaron*

Re: Gogo Apparel, Inc. v. Daruk Imports, Inc *et al*, 19-cv-5701(LGS)(SDA)

Dear Magistrate Judge Aaron:

We represent Plaintiff Gogo Apparel, Inc. ("Gogo") and submit this urgent request for extension of time to file Plaintiff's supplemental briefing in support of its motion for a default judgment.

On May 19, 2020, the Court ordered Plaintiff's to file a supplemental briefing on the individual default by Vinod Kumar Chawla. Due to unexpected scheduling conflicts related to pre-existing matters, Plaintiff's seek a brief one-week extension until June 3 to file its supplemental briefing in support of its request for default judgment against Vinod Kumar Chawla. This is Plaintiff's first request for an extension.

We respectfully request the Court grant Gogo's first request for a one-week extension of time to file its supplemental brief as directed in the Court's May 19, 2020 Order. Thank you in advance for consideration of our request.

Respectfully submitted,
/s/Kalpana Nagampalli
Kalpana Nagampalli