**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_6/4/2020___

Gogo Apparel, Inc.,

                    **Plaintiff,**

       **-against-**

Daruk Imports, Inc. et al.,

                   **Defendants.**

**1:19-cv-05701 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Monday, June 8, 2020, Plaintiff shall file proof of service on Defendants, at the last known address, of Plaintiff's June 3, 2020 Affidavit (ECF No. 56). A copy of this Order will be emailed to Defendant Chawla by Chambers.

**SO ORDERED.**

DATED:      New York, New York
              June 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge