**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
GOGO APPAREL, INC.,

                      Plaintiff,

                                             19 **CIV** 5701 (LGS)

           -against-                               **DEFAULT JUDGMENT**

DARUK IMPORTS, INC. et al.,

                     Defendants.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated July 22, 2020, the Report and Recommendation is adopted; for the reasons stated in the Report and Recommendation, Plaintiff's application for default judgment is granted; Plaintiff is awarded judgment against both Defendants Daruk Imports, Inc. and Vinod Kumar Chawla, jointly and severally, in the amount of $43,420 (representing $30,000 in statutory damages for willful copyright infringement under 17 U.S.C. § 504(c), and $13,020 in attorneys' fees and $400 in costs pursuant to 17 U.S.C. § 5050). Further, Defendants shall be permanently enjoined from manufacturing, copying, reproducing, distributing, advertising, promoting, offering for sale or selling any product or article (a) bearing any design identical and/or substantially similar to Plaintiff's original two-dimensional textile artwork (the "Subject Design"), which was registered with the United States Copyright Office as Registration No. VA 2-157-423, or (b) comprising or incorporating any protectable matter copied from and substantially similar to the Subject Design, and the case is closed.

**DATED**: New York, New York
        July 23, 2020

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY _____

**Deputy Clerk**